**CIVIL CAUSE FOR ORAL ARGUMENT**
BEFORE JUDGE BIANCO

DATE: 12/7/2016                             TIME: 4:30 p.m.

CASE NUMBER:        CV 16-0768

TITLE:              Bautz v. ARS National Services


PLTFFS ATTY: Ryan Gentile and Gus Farinella

DEFTS ATTY: Eugene Roymisher


FTR RECORDER: 4:36-5:01                COURTROOM DEPUTY: Alex Zbrozek

OTHER: _____


 X    CASE CALLED.

 __    CONF (HELD / ADJ'D / CONT'D TO_____)

 X    ARGUMENT HEARD / CONT'D TO_____.

 X    DECISION: Reserved.

**OTHER:**   Oral argument on Defendant's motion to dismiss_____