LAW OFFICES OF
# GUS MICHAEL FARINELLA PC

110 Jericho Turnpike – Suite 100
Floral Park, New York 11001
Telephone 516-326-2211
Facsimile 516-305-5566

Gus Michael Farinella                                                                                    Supreet Parmar
Admitted NY & DC                                                                                          Paralegal

Ryan L. Gentile
Admitted NY & NJ

March 31, 2017

Honorable Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Courtroom 820
Central Islip, NY 11722

       Re:    Bautz v. ARS National Services, Inc.
               Civil Action No. 2:16-cv-00768-JFB-SIL

Dear Judge Locke:

      We represent the Plaintiff, Virginia Bautz, in the above-captioned matter and write jointly with counsel for Defendant to provide this Court with an update concerning the status of this matter.

      The parties are pleased to report that they have reached an agreement in principle to settle this matter. The parties are currently drafting the necessary papers to document the settlement and anticipate that a Stipulation of Dismissal will be filed shortly. Accordingly, the parties request that this Honorable Court enter a 60-day order, so that the settlement can be consummated.

      We thank the Court for its attention to this matter.

                              Respectfully,

                              /s/ Ryan Gentile, Esq.
                              Ryan Gentile, Esq.

cc:    Adam Patrick Hartley – hartleya@ballardspahr.com